UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

J & J SPORTS PRODUCTION, INC.,

    Plaintiff,

    v.

CARLOS HOLGUIN, *et al.*,

    Defendants.

Case No. C08-5546FDB

ORDER GRANTING ADDITIONAL TIME TO SERVE DEFENDANTS

The Joint Status report was due January 13, 2009, but none was filed. Plaintiff's counsel has advised that he has been unable to serve the Defendants, then, pursuant to the Clerk's inquiry, he filed a status report on March 9, 2009 requesting additional time to serve the defendant. Plaintiff must be mindful of the deadlines for action in this case and meet them as ordered, as failure to abide by the Court's ordered deadlines may result in dismissal. Plaintiff's request for additional time will be granted. NOW, THEREFORE,

IT IS ORDERED: Plaintiff's request for additional time to serve the Defendants is GRANTED, and the Clerk shall enter a new minute order setting action dates for Joint Status Report, 26(f) Conference, and Initial Disclosure Deadline, with the earliest deadline (the 26f conference) being April 10, 2009 and setting the other dates accordingly.

DATED this 12th day of March, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1