**08-CV-05546-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS HOLGUIN, MYKASA GENERAL CONTRACTORS, INC. d/b/a EL TEQUILA RESTAURANT and NIGHT CLUB<br><br>Defendant. | Case No.:   C08-5546 FDB<br><br>MOTION TO DISMISS |

COMES NOW the Plaintiff by and through their undersigned attorney, moving the Court to dismiss the above cause of action as designated in Part 1 below:

The Plaintiff no longer wants to pursue the above referenced claims and respectfully requests the Court to dismiss the above referenced claim without prejudice and without cost to either party.

DISMISSAL                                        1

HUPPERT LAW FIRM, PLLC
*ATTORNEY AND COUNSELOR AT LAW*
2722 Colby Avenue, Suite 535
Everett, Washington 98201
TEL: (425) 258-5400
FAX: (425) 258-5403

NOW, THEREFORE, It is Ordered:

1. The above causes of action are dismissed without prejudice and without cost to either party.

DONE IN OPEN COURT this 4th day of November 2009.

_____
Judge

Presented by:

HUPPERT LAW FIRM, PLLC

By: ____/S/_____
Shaun Huppert WSBA #35018
Attorney for Plaintiff

DISMISSAL                           2

HUPPERT LAW FIRM, PLLC
*ATTORNEY AND COUNSELOR AT LAW*
2722 Colby Avenue, Suite 535
Everett, Washington 98201
TEL: (425) 258-5400
FAX: (425) 258-5403